UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

RICHARD GREEN (FINE PAINTINGS),

              Plaintiff,           08 Civ. 8496 (JGK)

      - against -             ORDER

DOYLE MCCLENDON AND MARY ALICE
MCCLENDON,

              Defendants.
―――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record, defendant Mary Alice McClendon's motion to dismiss is **denied**.

    The parties are directed to inform the Court by **August 28, 2009** of their proposed subsequent scheduling, whether the parties consent to trial before the magistrate judge, and whether reference to the magistrate judge for purposes of settlement would be useful.

    The Clerk of this Court is directed to close Docket No. 41.

SO ORDERED.

Dated:    New York, New York
           August 13, 2009

                                                    John G. Koeltl
                                         United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/09