USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICHARD GREEN,

                Plaintiff,        08 Civ. 8496 (JGK)

    - against -               ORDER

DOYLE MCCLENDON, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for July 29, 2010 is **adjourned**.

    The Court has been informed of Mr. McClendon's death. There is a pending motion to withdraw by Mr. McClendon's attorneys. Mr. McClendon's attorneys should file a notice indicating the death of Mr. McClendon. See Fed. R. Civ. P. 25. The motion to withdraw is **granted** effective upon the service of the notice of Mr. McClendon's death.

    For the reasons explained on the record today, the pending motions for summary judgment are **denied without prejudice to reinstatement** after the plaintiff determines whether to continue the case against Mr. McClendon's successor and, if so, substitution of a successor. The parties can notify the Court when the motions should be reinstated, and whether the parties wish to alter any of the motions based on the substitution of a successor.

The Clerk is directed to close Docket Nos. 100 and 122.

SO ORDERED.

Dated: New York, New York
July 26, 2010

                                              John G. Koeltl
                                     United States District Judge