The Shapiro Firm, LLP
Robert J. Shapiro, Esq.
500 Fifth Avenue, 14th Floor
New York, NY 10110
Tel. (212) 391-6464
Fax (212) 719-1616
rshapiro@theshapirofirm.com

Fisher & Sauls, P.A.
C. Bryant Boydstun, Jr., Esq.
100 Second Avenue South, Ste. 701
St. Petersburg, FL 33701
Tel. (727) 822-2033
Fax (727) 822-1633
bboydstun@fishersauls.com

*Attorneys for Defendant Doyle McClendon*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD GREEN (FINE PAINTINGS),<br><br>    Plaintiff,<br><br>    -against-<br><br>DOYLE MCCLENDON and MARY ALICE MCLENDON,<br><br>    Defendants, | ECF CASE<br><br>08 Civ. 8496 (JGK)<br><br>**NOTICE OF DEATH OF<br>DOYLE MCCLENDON** |

COMES NOW the undersigned and files this notice of death of Doyle McClendon on July 19, 2010.

Dated: St. Petersburg, FL

July **28**, 2010.

        Respectfully submitted,

        ABBEY ADAMS BYELICK KIERNAN MUELLER
        MARONE SAMIS, LLP


By: /s/ C. Bryant Boydstun, Jr.
   C. BRYANT BOYDSTUN, JR.
   Fisher & Sauls, P.A.
   100 2nd Avenue South, Ste. 701
   St. Petersburg, FL 33701
   Telephone: (727) 822-2033
   Facsimile: (727) 822-1633
   pro hac vice

   And

   ROBERT J. SHAPIRO
   The Shapiro Firm, LLP
   500 Fifth Avenue, 14th Floor
   New York, NY 10110
   Telephone: (212) 391-6464
   Facsimile: (212) 719-1616

   *Attorneys for Doyle McClendon*

The Shapiro Firm, LLP
Robert J. Shapiro, Esq.
500 Fifth Avenue, 14th Floor
New York, NY 10110
Tel. (212) 391-6464
Fax (212) 719-1616
rshapiro@theshapirofirm.com

Fisher & Sauls, P.A.
C. Bryant Boydstun, Jr., Esq.
100 Second Avenue South, Ste. 701
St. Petersburg, FL 33701
Tel. (727) 822-2033
Fax (727) 822-1633
bboydstun@fishersauls.com

*Attorneys for Defendant Doyle McClendon*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICHARD GREEN (FINE PAINTINGS),

    Plaintiff,

-against-

DOYLE MCCLENDON and MARY ALICE MCCLENDON,

    Defendants.

ECF CASE:
08 CIV. 8496 (JGK)

---

## AFFIRMATION OF SERVICE

I, C. Bryant Boydstun, Jr., Esq., declare under penalty of perjury that I have served a copy of the attached **Notice of Death of Doyle McClendon** upon the following via the ECF System and first class mail:

Cindy Uh, Esq.
Thompson, Wigdor & Gilly, LLP
85 Fifth Avenue
New York, NY 10003

J. Carter Anderson, Esq.
Bush Ross, P.A.
1801 North Highland Avenue
Tampa, FL 33602-2656

John Cahill, Esq.
Ronald W. Adelman, Esq.
Lynn & Cahill, LLP
58 West 40th Street
New York, NY 10018


Dated:   St. Petersburg, FL
         July 28, 2010

                    ABBEY ADAMS BYELICK KIERNAN MUELLER
                    MARONE SAMIS, LLP


By:   /s/ C. Bryant Boydstun, Jr.
      C. Bryant Boydstun, Jr., Esq.
      First Central Tower, 11th Floor
      360 Central Avenue
      St. Petersburg, FL 33701
      Tel. (727) 821-2080
      Fax. (727) 822-3970
      bboydstun@abbeyadams.com

      and

      Robert J. Shapiro, Esq.
      The Shapiro Firm, LLP
      500 Fifth Avenue, 14th Floor
      New York, NY 10110
      Tel. (212) 391-6464
      Fax. (212) 719-1616
      rshapiro@theshapirofirm.com


      *Attorneys for Defendant Doyle McClendon*